

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-18-00153-CV

**IN THE INTEREST OF A.L.H, ET AL., MINOR CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01945
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The notice of appeal has been filed, but includes a minor's full name in violation of Rules 9.8 and 9.9. *See* TEX. R. APP. P. 9.8, 9.9(a)(3). We therefore order appellant to (1) file an amended notice of appeal in the trial court that complies with Rules 9.8 and 9.9 by **March 29, 2018**; and (2) refrain from using the full name of a minor in the brief or attaching exhibits to the brief that are not redacted in compliance with those rules. A failure to timely comply with this order may result in the notice of appeal being struck and this appeal being dismissed without further notice. *See* TEX. R. APP. P. 42.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court